UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **SIMONE KILGORE** | * | NO. 2:23-CV-00845-JDC-TPL |
| **VERSUS** | * | **JUDGE JAMES D. CAIN, JR.** |
| **W F CARRIERS, INC, et al.** | * | **MAGISTRATE JUDGE: THOMAS P. LEBLANC** |

**PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, SIMONE KILGORE, a person of full age of majority domiciled in Calcasieu Parish, who supplements and amends her original Petition for Damages, replacing all previously filed petitions in their entirety, as follows:

1.

Made defendants herein are:

1. **WF CARRIERS, INC.,** a Texas corporation, doing business in the State of Louisiana and the owner of a 2016 Kenworth T680 tractor and 2013 utility box trailer involved in the crash described below;

2. **DLC CARRIERS, LLC**, a Texas limited liability company doing business in the State of Louisiana and an interstate carrier operating under DOT No. 3077464;

3. **JORGE R. ROJAS,** a Mexican National operating the described 2016 Kenworth T680 tractor and 2013 utility box trailer for defendant DLC Carriers, LLC;

4. **UNITED WISCONSIN INSURANCE COMPANY,** a foreign insurance company authorized to do and doing business in the State of Louisiana; and,

5. **CLEARCOVER INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana.

All defendants (sometimes collectively referred to as "Defendants") are liable unto Petitioner for the following:

**EXHIBIT A**

2.

At all times pertinent hereto, WF Carriers, Inc. was the owner of a 2016 Kenworth T680 Tractor bearing VIN 1XKYD49X6GJ113670 and Texas License No. R522643 (the "Tractor") being operated by Jorge R. Rojas ("Rojas").

3.

At all times pertinent hereto, DLC Carriers, LLC was a motor carrier operating under USDOT # 3077464.

4.

At all times pertinent hereto, WF Carriers, Inc. and DLC Carriers, LLC were parties to a Master Lease Agreement pertaining to the Tractor being operated by Rojas.

5.

Pursuant to the Master Lease Agreement, DLC Carriers, LLC was authorized to operate the Tractor under DLC Carriers, LLC's USDOT number.

6.

At all times pertinent hereto, Rojas was employed by DLC Carriers, LLC.

7.

At all times pertinent hereto, Rojas was operating the Tractor in the course and scope of his employment with DLC Carriers, LLC.

8.

DLC Carriers, LLC is liable under the doctrine of respondeat superior for the actions of Rojas.

9.

At all times pertinent hereto, United Wisconsin Insurance Company had in full force and effect a policy of liability insurance insuring Rojas, WF Carriers, Inc. and DLC Carriers, LLC and the 2016 Kenworth T680 tractor and 2013 utility box trailer for the liability asserted herein. United Wisconsin Insurance Company is made defendant herein pursuant to the Direct-Action Statute. (L.S.A. R.S. 22:1269).

10.

At all times mentioned herein, plaintiff, Simone Kilgore, was the operator of that certain vehicle described as a 2015 Toyota Corolla bearing VIN #5YFBURHE3FP178856.

11.

At all times mentioned herein, Clearcover Insurance Company had in full force and effect a policy of automobile liability insurance providing uninsured/underinsured motorists coverage in favor of plaintiff, Simone Kilgore.

12.

On May 8, 2022 at approximately 9:15 p.m., plaintiff was driving the 2015 Toyota Corolla in an easterly direction on I-10 East in Calcasieu Parish.

13.

At the same time defendant driver Rojas was operating the Tractor hauling a 2013 utility box trailer proceeding in the same easterly direction in a travel lane adjacent to Plaintiff.

14.

Suddenly, negligently and without warning Rojas caused his Tractor and trailer to veer into the lane in which Plaintiff was driving causing the right front bumper of the Tractor to strike the entire right side of the 2015 Toyota Corolla.

15.

As a result of this collision, Plaintiff's vehicle was propelled to the front of the Tractor a distance down I-10 until Plaintiff's vehicle became detached, ran off the road and up into a ditch into a wooded area.

16.

As a result of the above-described collision, Plaintiff was caused to suffer and thereafter be treated for multiple injuries including spinal injuries, concussion and traumatic brain injury.

17.

Plaintiff avers that a proximate and legal cause of the above-described collision and resultant injuries was the negligence of defendant, Jorge R. Rojas, as more fully shown below:

a. Failure to keep a proper lookout;

b. Failure to yield the right of way to an automobile before changing lanes;

c. Improper lane change;

d. Careless operation of a tractor trailer;

e. Failure to see what he should have seen;

f. Failure to make sure it was safe before changing lanes; and

g. Any acts of negligence which may be revealed between now and the time of the trial of this matter.

18.

Plaintiff further avers that a proximate and legal cause of the above-described collision and resultant injuries was the negligence of defendant DLC Carriers, LLC in the following particulars:

a. Negligently hiring Rojas;

b. Failure to ensure that Rojas was licensed to operate a tractor trailer in interstate commerce in the United States;

    c. Failure to train Rojas to operate a tractor trailer in a safe manner;

    d. Failure to supervise Jorge R. Rojas in operation of a tractor trailer in a safe manner;

    e. Negligently retaining Rojas as an employee; and

    f. Any acts of negligence which may be revealed between now and the time of the trial of this matter.

19.

Plaintiff further avers that a proximate and legal cause of the above-described collision and resultant injuries was the negligence of defendant WF Carriers, Inc. in the following particulars:

    a. Negligently entrusting its equipment to DLC Carriers, LLC;

    b. Failure to ensure that DLC Carriers, LLC was in compliance with laws and regulations pertaining to operation of a tractor trailer in interstate commerce in the United States; and

    c. Any acts of negligence which may be revealed between now and the time of the trial of this matter.

20.

Plaintiff, Simone Kilgore itemizes her damages as follows:

    a. Past, present, and future medical and pharmaceutical expenses;

    b. Past, present, and future lost wages and/or loss of earning capacity;

    c. Past, present, and future physical pain and suffering and discomfort

    d. Past, present, and future permanent disability;

    e. Past, present, and future permanent disfigurement;

    f. Past, present, and future emotional distress, mental anguish, frustration, disruption of life, and inconvenience;

    g. Past, present, and future loss of household services;

    h. Past, present, and future loss of enjoyment of life; and

      i. All other past, present, and future special and general damages as will be shown at the trial of this matter.

21.

Defendants, WF Carriers, Inc. DLC Carriers, LLC, and Clearcover Insurance Company are foreign entities operating in Louisiana and are amenable to jurisdiction herein pursuant to the Louisiana Non-Resident Motorist Statute and/or the Louisiana Long-Arm Statute.

22.

Plaintiff has been damaged in a sum far exceeding the minimum jurisdictional limits of this Court for a jury trial and are legally sufficient for federal court jurisdiction.

**WHEREFORE,** Plaintiff, Simone Kilgore, prays that after due proceedings had, there be judgment rendered herein in her favor and against the defendants, WF Carriers, Inc., DLC Carriers, LLC, Jorge R. Rojas, and United Wisconsin Insurance Carrier, jointly, severally, and in solido in such sums as are reasonable in the premises, all costs of these proceedings, and interest thereon from date of judicial demand. Plaintiff further prays for judgment over and against Clearcover Insurance Company for such sums as the said judgment exceeds the liability limits herein, said judgment to be jointly and in solido with any judgment against any of the other defendants herein, together with legal interest and court costs.

RESPECTFULLY SUBMITTED BY:

**BROUSSARD INJURY LAWYERS**

*/s/ Christopher S. Mann*
CHRISTOPHER S. MANN (#26397)
AARON BROUSSARD (#30134)
1301 Common Street
Lake Charles, LA  70601
(337) 439-2450 Telephone
(337) 439-3450 Facsimile
CMann@BroussardFirm.com
Aaron@BroussardFirm.com

- And -

**KOPFLER & HERMANN, APLC**

**JOSEPH G. KOPFLER (#7838)**
**JOHN K. LAUDUN (#33589)**
7910 Main Street, Suite 400
P. O. Box 3760
Houma, Louisiana 70361-3760
Telephone: (985) 851-3311
Facsimile: (985) 851-4521
Email: joe@kopflerhermann.com
Email: john@kopflerhermann.com

*Attorneys for Plaintiff*